IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WYOMING ELLIS, | § |
| Plaintiff, | § |
| vs. | §  Case No. 1:15-CV-00834-LMM |
| DR. DENNIS JAFFE, *et al.*, | § |
| Defendants. | § |

## ORDER APPROVING SETTLEMENT AGREEMENT

Having reviewed the parties' [10] Joint Motion for Approval of Settlement Agreement and having considered the terms of the Settlement Agreement entered into by the parties, the Court finds that the Settlement Agreement's terms are fair and reasonable. Accordingly, the Court approves the Settlement Agreement. Defendants are dismissed with prejudice. The Clerk is directed to close this case

IT IS SO ORDERED this 23rd day of June, 2015.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE